UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EMILY GERRA                                CIVIL ACTION NO. 15-7152

versus                                     SECTION: "I" (3)

BANKERS STANDARD INSURANCE
COMPANY

      This Court has been advised that the above-captioned case has settled.  Counsel are thanked for their assistance.

      New Orleans, Louisiana, this 28th day of January, 2016.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE